**Order filed July 11, 2014**



In The

# Court of Appeals

For The

# First District of Texas

————————

NO. 01-13-01010-CR

————————

**JOSE HUMBERTO ALVARADO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

On Appeal from the 339th District Court
Harris County, Texas
Trial Court Cause No. 1308503

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of **State's Exhibit 3 and State's Exhibit 4.**

The clerk of the 339th District Court is directed to deliver to the Clerk of this court the original of State's Exhibit 3 and State's Exhibit 4, on or before **July 21, 2014.** The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of State's Exhibit 3 and State's Exhibit 4, to the clerk of the 339th District Court.

PER CURIAM